# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WAYNE D. HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-123 |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Proceeding *pro se*, Wayne Hamilton seeks review of the final denial of his social security disability claim. Doc. 1. The Court preliminarily screened his complaint and ordered Hamilton to amend his Complaint to provide the Court with more information about his diagnoses, how they affect his ability to work, or why the ALJ concluded he was not disabled. *See* doc. 3. He failed to do so, and the Court recommended his Complaint be dismissed without prejudice for his failure to obey a court order or to prosecute his case. Doc. 4. He has, however, finally filed his Amended Complaint. Doc. 5; *see also* doc. 6 (objections to the recommendation for dismissal). Plaintiff explains that his injuries sustained in a car accident

in 2009 prevent him from "prolonged standing or sitting" and make "laying down [ ] difficult," such that he must constantly "adjust and reposition" himself throughout the day. Doc. 5 at 6. His medication makes him sleepy, *id.*, he has difficulty concentrating due to his pain, and his social skills have deteriorated to the point where he cannot work, doc. 6 at 3 & 5. He contends, in other words, that the ALJ erred by finding he retained the mental and physical residual functional capacity to perform full time work. *See* docs. 5 & 6.

This is sufficiently specific to allow the Court, and thus the Commissioner, to move forward. The Court therefore **VACATES** its Report and Recommendation for dismissal (doc. 4) and **DIRECTS** the Clerk to forward a copy of Hamilton's complaint to the Marshal for service upon defendant and to serve both parties with the General Order in Social Security Appeals, which sets forth the process going forward.

**SO ORDERED,** this  24th  day of August, 2017.

*/s/ GR Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA