IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE DEMARS HAMILTON, )
)
Plaintiff, )
)
v. ) CASE NO. CV417-123
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social )
Security, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Doc. 20). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of January 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA