# United States District Court
## Southern District of Georgia

Wayne D. Hamilton

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-123

Commissioner Nancy A. Berryhill
Social Security Administration

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 7, 2019; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Plaintiff's appeal is DENIED. This action stands closed.

January 7, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk